No. 91–6939. JERMOSEN v. SMITH ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–6966. RAIBON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7121. SINGER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–7142. BLANKENSHIP v. ZANT, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 91–7168. GILES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–7173. BACCAM v. IOWA. Ct. App. Iowa. Certiorari denied.

No. 91–7175. ROSS v. DAKOTA RAIL, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7182. KEYES v. HUCKLEBERRY HOUSE ET AL.; and KEYES v. MCISSAC, CHIEF PROBATION OFFICER, CITY AND COUNTY OF SAN FRANCISCO. Ct. App. Cal., 1st App. Dist. Certiorari denied. Reported below: 234 Cal. App. 3d 143, 285 Cal. Rptr. 633 (second case).

No. 91–7184. GREEN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–7189. AKIONA ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–7190. SEWELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7191. WILLIAMS v. BANKS. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 91–7193. VORHAUER v. CONRAD ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–7198. BOCLAIR v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.